UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHEWAFERAW SHIBESHI,<br><br>　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　Defendants. | Civil Action No.  12-356 (JEB) |

## MEMORANDUM OPINION

*Pro se* Plaintiff Shewaferaw Shibeshi, a frequent litigant in assorted federal courts, has filed this opaque suit against 21 Defendants, including a dozen federal judges who have ruled against him in previous cases.  Having already granted the separate motions to dismiss of all other Defendants, see ECF Nos. 34, 45, 51, 53. 56, the Court now grants the City of New York's.

The City of New York filed its Motion to Dismiss on January 15, 2013.  See ECF No. 47.  That same day, the Court issued an Order advising Plaintiff to respond by February 4 or the Court could grant the Motion as conceded and dismiss the case.  See ECF No. 48.  Although Plaintiff filed oppositions to almost all of the other motions to dismiss filed by various Defendants, he never opposed this one.  The Court will, therefore, treat it as conceded under Local Civil Rule 7(b) and dismiss this Defendant.

　　　　　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  February 11, 2013